UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

MICHAEL FOREST,

                              Plaintiff

              -against-

ENABLE MIDSTREAM PARTNERS, LP, et
al.,

                         Defendants.

--------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___8/12/2021___

21-CV-2687 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      This case is related to a number of civil actions that have already been voluntarily

dismissed.  It thus appears that the disputes in this action have been resolved.  Accordingly, it is

hereby:

      ORDERED that this action is discontinued without costs to any party and without

prejudice to restoring the action to this Court's docket if the application to restore is made within

30 days of this order.

SO ORDERED.

Dated:     August 12, 2021
            New York, New York

                              Vernon S. Broderick
                              United States District Judge